UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* <br><br> v. <br><br> **CASTRO-OLIVERAS, et. al.**, *Defendants.* | **CRIMINAL NO.  22-409 (SCC)** |

**UNITED STATES' INFORMATIVE MOTION**
**<u>NOTIFYING DATES FOR EVIDENCE INSPECTION</u>**

**TO THE HONORABLE COURT:**

The UNITED STATES OF AMERICA, by and through its undersigned attorneys, very respectfully, alleges and pray as follows:

1. The United States respectfully informs this Court and all defense counsels in the above-referenced case that an inspection of the physical evidence will be held at the Homeland Security Investigations (HSI) facilities at 800 Ponce de Leon Street in San Juan, Puerto Rico.

2. The evidence will be available for inspection on March 7, 8 and 9, 2023, from 9:00am – 5:00pm

3. The contact number for the defense attorneys at HSI San Juan is (787)729-6969.

4. All counsels must sign-in prior to inspecting the evidence. The sign-in sheets for the three dates will be filed with the Court by way of informative motion.

**WHEREFORE**, the United States respectfully requests that this Honorable Court takes notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25[h] day of January of 2023.

W. STEPHEN MULDROW
United States Attorney

*s/ Cristina Caraballo-Colon*
Cristina Caraballo-Colon
Assistant United States Attorney
USDC-PR 300508
350 Chardón Ave. Suite 1201
San Juan, P.R. 00918
Cristina.caraballo.colon@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*s/ Cristina Caraballo-Colon*
Assistant United States Attorney
USDC-PR 300508